**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| nView Corporation ) | Case No. 03-50786-SCS |
| ) | Chapter 7 |
| Debtor. ) | |

### TRUSTEE'S REPORT OF DEPOSIT OF A SMALL DIVIDEND

David R. Ruby, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of nView Corporation (collectively, the "Debtor"), hereby respectfully submits the following report on the deposit of a small dividend:

Pursuant to Fed. R. Bankr. P. 3010, the Trustee mailed to the Clerk of the United States Bankruptcy Court on January 14, 2010, a check in the amount of $1.83 constituting the dividend owed to the following creditor in this case:

> AFAB Precision Machining
> 20742 Linear Lane
> Lake Forest, CA 92630-0000
> (Claim #23)

Respectfully submitted,

    /s/David R. Ruby
David R. Ruby
Chapter 7 Trustee

Date of Report: January 14, 2010

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
McSWEENEY, CRUMP, CHILDRESS & TEMPLE, P.C.
Post Office Box 1463 (23218)
11 South 12th Street
Richmond, Virginia 23219
Telephone: (804) 783-6811
Facsimile: (804) 782-2130
Email: druby@mcsweeneycrump.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 14th day of January, 2010, a true and accurate copy of the foregoing Report of Deposit of Small Dividends was served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

| | |
|---|---|
| Kenneth N. Whitehurst, III, Esquire* <br> Office of the U.S. Trustee <br> Room 625, Federal Building <br> 200 Granby Street <br> Norfolk, Virginia 23510 <br> [Kenneth.N.Whitehurst@usdoj.gov] | Karen M. Crowley, Esquire* <br> Crowley, Liberatore & Ryan, P.C. <br> 1435 Crossways Boulevard, Suite 300 <br> Chesapeake, Virginia 23320 <br> [Debtors Counsel] <br> <br> AFAB Precision Machining <br> 20742 Linear Lane <br> Lake Forest, CA 92630-0000 <br> [Claimant] |

              /s/ David R. Ruby
              David R. Ruby

[* Indicates service by ECF or e-mail.  All others served by first class U.S. Mail, postage prepaid.]