**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| nView Corporation ) | Case No. 03-50786-SCS |
| ) | Chapter 7 |
| Debtor. ) | |

## TRUSTEE'S REPORT OF DEPOSIT OF A SMALL DIVIDEND

David R. Ruby, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of nView Corporation (collectively, the "Debtor"), hereby respectfully submits the following report on the deposit of a small dividend:

Pursuant to Fed. R. Bankr. P. 3010, the Trustee mailed to the Clerk of the United States Bankruptcy Court on January 14, 2010, a check in the amount of $1.65 constituting the dividend owed to the following creditor in this case:

> United Parcel Service
> P.O. Box 7247-0244
> Philadelphia, PA 19170-0001
> (Claim #42)

Respectfully submitted,

　　　/s/David R. Ruby
David R. Ruby
Chapter 7 Trustee

Date of Report: January 14, 2010

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
McSWEENEY, CRUMP, CHILDRESS & TEMPLE, P.C.
Post Office Box 1463 (23218)
11 South 12th Street
Richmond, Virginia 23219
Telephone: (804) 783-6811
Facsimile: (804) 782-2130
Email: druby@mcsweeneycrump.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2010, a true and accurate copy of the foregoing Report of Deposit of Small Dividends was served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

Kenneth N. Whitehurst, III, Esquire*
Office of the U.S. Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, Virginia 23510
[Kenneth.N.Whitehurst@usdoj.gov]

Karen M. Crowley, Esquire*
Crowley, Liberatore & Ryan, P.C.
1435 Crossways Boulevard, Suite 300
Chesapeake, Virginia 23320
[Debtors Counsel]

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001
[Claimant]

/s/ David R. Ruby
David R. Ruby

[* Indicates service by ECF or e-mail.  All others served by first class U.S. Mail, postage prepaid.]