# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

                                                      Division

In re                                                                   Case No.

                             Debtor(s)                            Chapter

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

**Creditor's Name and Address**                                             **Amount of Dividend**

[If applicable: Continued on attached page(s).]

Date: _____                     _____
                                                                                 (Signature of Trustee)

                                                                                 _____
                                                                                  (Typed Name of Trustee)

[runclmfd ver. R. 04/03]